# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                  CASE NO. 4:17-CR-00293-31 BSM

THOMAS I. PLAISANCE, JR.                                         DEFENDANT

## ORDER

Thomas I. Plaisance, Jr.'s motion to sever [Doc. No. 934] pursuant to Federal Rules of Criminal Procedure 14 is denied because he cannot show "real prejudice" will result from a failure to sever. *United States v. Davis*, 534 F.3d 903, 916–17 (8th Cir. 2008) (real prejudice is when (a) one defense is irreconcilable with that of co-defendants, or (b) the jury will be unable to compartmentalize the evidence as it relates to separate defendants).

IT IS SO ORDERED this 28th day of May 2019.

                                                         UNITED STATES DISTRICT JUDGE